[No. 1222.   Decided May 31, 1894.]

THE STATE OF WASHINGTON, *on the relation of C. E. Perkins, Receiver of Aberdeen Cedar Manufacturing Company, Respondent,* v. J. A. GRAHAM, *Sheriff, Defendant,* J. C. CROSS, *Appellant.*

*Appeal from Superior Court, Chehalis County.*

*J. C. Cross,* for appellant.

*Linn & Bridges,* for respondent.

*Per curiam.*—It is conceded that this case falls within the rule enunciated by this court in the case of *State, ex rel. Hunt, v. Superior Court,* 8 Wash. 210.   The judgment will, therefore, be reversed.

---

[No. 1241.   Decided June 21, 1894.]

THE TACOMA NATIONAL BANK, *Respondent,* v. ETTIE L. PEET *et al., Appellants.*

*Appeal from Superior Court, Pierce County.*

*Parsons, Corell & Parsons,* for appellants.

*Campbell & Powell,* and *J. H. Parker,* for respondent.

*Per curiam.*—This case is identical with No. 1240, between the same parties, and is reversed and remanded for the same reasons.

---

[No. 1299.   Decided June 7, 1894.]

THE STATE OF WASHINGTON, *Respondent,* v. J. W. HOLMES, *Appellant.*

*Appeal from Superior Court, Pierce County.*

*O'Brien & Robertson,* for appellant.

*W. H. Snell,* Prosecuting Attorney, for The State.

DUNBAR, C. J.—This case falls squarely within the rule of law announced by this court in *McCarty v. State,* 1 Wash. 377 (25 Pac. 299).   The judgment will, therefore, be reversed, and the case remanded with instructions to sustain appellant's demurrer to the information.

ANDERS and STILES, JJ., concur.